# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 24, 2014

148239

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

_____

In re MERRIWEATHER,

_____

WILLIE MERRIWEATHER,
          Plaintiff-Appellant,

v

WAYNE CIRCUIT COURT JUDGE,
          Defendant-Appellee.

_____/

SC: 148239
COA: 316661
Wayne CC: 87-002623-FH

On order of the Court, the application for leave to appeal the October 4, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 24, 2014

h0616



Clerk